USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/26/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      -v.-

PAUL WISEBERG,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S3 13 Cr. 794 (AT)

WHEREAS, on or about April 13, 2016, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 338), which ordered the forfeiture to the United States of all right, title and interest of PAUL WISEBERG (the "Defendant") in, among other things, the following property:

    i.    One grey 2007 Mercedes-Benz CLS550 bearing vehicle identification no.: WDDDJ72X47A081063, seized on or about October 23, 2013, from 9171 Equus Circle, Boynton Beach, FL,

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States may, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) beginning on May 6, 2016, for thirty (30) consecutive days, through June 4, 2016, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 17, 2019 (D.E. 396);

WHEREAS, on or about February 12, 2019, notice of the Preliminary Order of Forfeiture was sent by Fedex, to:

>   Hailey Feinstein
>   Boynton Beach, FL 33472
>
>   Direct Management Services
>   9588 Sheppard Place
>   Boynton Beach, FL 33472
>
>   Sandra Wiseberg
>   Boynton Beach, FL 33472
>
>   Plainfield Drugs
>   1020 NW 6th Street
>   Deer Field Beach, FL 33442
>
>   Plainfield Drugs
>   603 West 4th Street
>   Plainfield, NJ 07060

Plainfield Pharmacy LLC
603 West 4th Street
Plainfield, NJ 07060

Family Pharmacy
3 West 137th Street
New York, NY 10037

Gametime Products, Inc.
603 West 4th Street
Plainfield, NJ 07060

Alan P. Haber Esq.
111 Broadway, Ste 701
New York, NY 10006

Direct Management Services
1197 South Rogers Circle
Boca Raton, FL 33487

137 Pharmacy Corp.
3 West 137th Street
New York, NY 10037

Rose Herman
Boynton Beach, FL 33472

Irving Cohen, Esq.
233 Broadway, Ste. 2701
New York, NY 10279

Joyce C. London, Esq.
20 Vesey Street, Ste. 400
New York, NY 10007

James E. Neuman, Esq.
100 Lafayette Street, Ste. 501
New York, NY 10013

Jane H. Fisher- Byrailsen, Esq.
291 Broadway, Ste. 709
New York, NY 10007

James E. Gross, Esq.
90 State Street, Ste. 700
Albany, NY 12207

Laura Grossfield-Berger, Esq.
1114 Avenue of the Americas
New York, NY 10036

METROSOURCE
1020 NW 6th Street
Deerfield Beach, FL 33442

Stanislao A German, Esq.
299 Broadway, Ste 200
New York, NY 10007

Santa Marina Pharmacy
3196 Kennedy Blvd. Ste. 2
Union City, NJ 07087

Sun Park Pharmacy, Inc.
3 West 137th Street
New York, NY 10037

Sun Park Pharmacy, Inc.
9171 Equus Circle
Boynton Beach, FL 33472

Todd Wiseberg
Boynton Beach, FL 33472

Lana Wiseberg
Boynton Beach, FL 33472

(collectively, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only people and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
         October 26   , 2022

SO ORDERED:

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE