```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x
:
UNITED STATES OF AMERICA                   :    **ORDER ON UNOPPOSED**
:    **MOTION FOR EARLY**
       -v.-                                :    **TERMINATION OF**
:    **SUPERVISED RELEASE**
PAUL WISEBERG,                             :
:    S3 13 Cr. 794-1 (AT)
              Defendant                    :
:
―――――――――――――――――――――――/

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion for Early Termination of Supervised Release.

After reviewing the Motion and the U.S. Probation Officer and the Government having no objection to this Motion, it is

**ORDERED AND ADJUDGED** that the Defendant's Unapposed Motion for Early Termination of Supervised Release is **GRANTED**. The Defendant is hereby discharged from supervision.

**DONE AND ORDERED** at New York, New York this __2__ day of December 2022.

_____
ANALISA TORRES
UNITED STATES DISTRICT JUDGE